UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Aleksandar Mimic | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-cv-4618 |
| | ) | |
| Kevin Riddle, Field Office | ) | |
| Director, Chicago Field Office, U.S. | ) | Hon. Judge Ellis |
| Citizenship & Immigration Services; | ) | |
| and Alejandro Mayorkas, Secretary, | ) | |
| U.S. Department of Homeland Security, | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

U.S. Citizenship and Immigration Services acknowledged the Plaintiff's request to withdraw his application for naturalization on May 25, 2022, the pendency of which was the subject of Plaintiff's request for a writ of mandamus. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, through this attorney, KEVIN RAICA, of the LAW OFFICES OF KRIEZELMAN BURTON & ASSOCIATES, LLC, hereby files this Notice of Dismissal of the above-captioned action, filed August 30, 2021, and to which no answer or motion has been filed, against all defendants without prejudice.

DATED: May 26, 2022

Respectfully Submitted,

By: s/ Kevin A. Raica
Kevin A. Raica, Esq.
Kriezelman Burton & Associates, LLC
200 W Adams Street, Suite 2211
Chicago, Illinois 60606
(312) 332-2550
kraica@krilaw.com